DAVID M. PERNINI (*pro hac vice*)
dpernini@wfslaw.com
JEFFREY N. WILLIAMS (SBN 274008)
jwilliams@wfslaw.com
BRANDON R. PARRISH (*pro hac vice*)
bparrish@wfslaw.com
WARGO, FRENCH & SINGER LLP
515 S. Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (310) 853-6300 | Fax: (310) 853-6333

Attorneys for Defendants/Counterclaimants Wingpow International Limited and Gary and Mark Ayckbourn

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Line One Laboratories Inc. (USA), a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Wingpow International Limited, a private limited company organized in the United Kingdom; Gary Ayckbourn, an individual; Mark James Ayckbourn, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02401-RAO<br><br>**JOINT STIPULATION RE: AFFIDAVIT OF IDENTITY**<br><br>Hon. Rozella A. Oliver |
| And Related Counterclaims. | |

**JOINT STIPULATION**

On April 18, 2025, the Court entered Judgment in this matter.  The Judgment lists, as judgment debtor, Counterclaim Defendant Calvin Spencer Lee a/k/a Budiman Lee ("Judgment Debtor").   Judgment Debtor, however, has referred to himself on certain other instances as "Budi Man," including in real property records.  For example, in a Grant Deed recorded with the Los Angeles County Recorder's Office on September 6, 2024 as Document Number 20240602938, Judgment Debtor referred to himself as "Budi Man, also known as Budiman Lee."

Accordingly, the parties have conferred and agreed to stipulate to Court approval of the Affidavit of Identity attached hereto as Exhibit A.

So stipulated on this 20th day of May, 2025,

/s Trevor Garmey                                    /s Jeff Williams[1]
Christopher Beatty                                   David M. Pernini
Trevor Garmey                                        Jeffrey N. Williams
Ashley Brines                                        Brandon R. Parrish

Counsel for Counterdefendants and        Counsel for Counterclaimants and
Judgment Debtor                                      Judgment Creditors

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-1-

**JOINT STIPULATION**